

**Lebau & Neuworth**

ATTORNEYS AT LAW

STEPHEN B. LEBAU
RICHARD P. NEUWORTH
DEVAN M. WANG

DIANE M. EISEMANN, *Administrator*
BROOKS L. FELDMAN, *Assistant*
GANDHI M. MANIAM, *Assistant*

606 Baltimore Avenue, Suite 201
Towson, Maryland 21204
T 410.296.3030
F 410.296.8660
www.joblaws.net

Prince George's County Office:
319 Main Street
Laurel, Maryland 20707

*Reply to Towson Office*

Devan M. Wang
Direct Dial - 443.273.1207
dw@joblaws.net

Via CM/ECF

November 29, 2018

The Honorable Deborah K. Chasnow
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:  *Steve Nyamira v. Little Kampala Services, LLC, et al.* - Civil Action No. DKC 17-3379
 **Joint Status Report**

Dear Judge Chasanow:

Plaintiff Ominde and Defendants Little Kampala Services, LLC, Trudy Kaliisa-Ofwono, and Paul Ofwono (collectively "Defendants"), provide the following status report per your Order dated November 28, 2018.

### Status of Plaintiff Ominde's Settlement

As an initial matter, Plaintiff Ominde and Defendants reached a settlement in this case that was approved by the Court on October 17, 2018. (ECF No. 49) The terms of the Court approved settlement required that the settlement amount of $3,000 be paid in three installments. The first installment was due within 30 calendar days of the Court's approval Order, on Saturday November 17, 2018, in the amount of $1,000 to Plaintiff Ominde ($750 to be issued as back wages and $250 to be issued as liquidated damages). Defendants failed to make the first payment by the deadline.

On November 21, 2018, Plaintiff Ominde sent Defendants' counsel a letter advising Defendants that if the first payment was not made by December 5, 2018, Plaintiff Ominde will file a motion to enforce the settlement agreement. Plaintiff Ominde's letter also reminded Defendants that their second payment was due no later than Monday, December 17, 2018.

### Status of The Pending Litigation – Nyamira v. Little Kampala Services LLC et al.

Defendants' through their counsel have made reasonable efforts to communicate with Plaintiff Nyamira, but all have proven unsuccessful. It appears that Plaintiff Nyamira, is unwilling to move this case forward. In any event, Defendants insist that Nyamira has failed to prosecute his lawsuit because it has no basis in fact or law. Therefore, Plaintiff Nyamira's case warrants dismissal for failure to prosecute after an unreasonable period of time.

Respectfully submitted,

Devan M. Wang
*Counsel for Plaintiff Douglas Ominde*